# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**NEW MEXICO PUBLIC
REGULATION COMMISSION,**

   **Petitioner-Appellee,**

**v.**              **No. 29,365**

**PETER SOUZZI a/k/a DANIEL P.
SOUZZI and d/b/a G&S WATERWORKS;
G&S WATERWORKS; and DAN-P-NEL
LAND, INC.,**

   **Respondents-Appellants,**

**v.**

**HACHITA MUTUAL DOMESTIC
CONSUMER WATER ASSOCIATION,**

   **Intervenor.**

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY**
**J.C. Robinson, District Judge**

Sutin, Thayer & Browne
C. Shannon Bacon
Albuquerque, NM

for Appellee

Carlos Ogden
Deming, NM

for Appellants

Law & Resource Planing Associates
Christina J. Bruff
Albuquerque, NM

for Intervenor

## MEMORANDUM OPINION

**VIGIL, Judge.**

Respondents appeal the grant of summary judgment to Plaintiff and appointment of a receivership of the Hachita Mutual Domestic Consumer Water Association. In our notice, we proposed to affirm addressing issues relating to the Takings Clause. Petitioner responded in support of our notice. Respondents have not responded and the time for doing so has passed.

For the reasons stated in the notice of proposed disposition, we affirm.

**IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

**JAMES J. WECHSLER, Judge**

**RODERICK T. KENNEDY, Judge**

2